# Earnings Statement

**HOHANSHELT, HEATHER JUNE**

| | | |
|---|---|---|
| Pay Date: 01/10/2024 | Company: 0QI74 - COMMUNITY OPTIONS FOR RESIDENTIAL | Emp #: 3926 |
| Period Start: 12/01/2023 | 4909 SHELBURNE ST | Dept: 100 - DD RES HAB |
| Period End: 12/31/2023 | BISMARCK ND 58503   (701) 223-2417 | Pay Basis: Salary |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 4053.84 | 4053.84 |
| Holiday | | | 196.16 | 196.16 |
| **Gross** | | | **4250.00** | **4250.00** |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 111.34 | 111.34 |
| Medicare | | | 61.63 | 61.63 |
| Social Security | | | 263.50 | 263.50 |
| North Dakota W/H(S) | | | 25.00 | 25.00 |
| **Deductions** | | | | |
| Mileage Reimbursement (-) | | | -7.80 | -7.80 |
| **Net Pay** | | | **3796.33** | **3796.33** Voucher No. 529271051DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 3796.33 | 3796.33 A/C:5005 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Unpaid Time Off Hours | 0.00 | 0.00 | 24.00 | -24.00 |

---

Voucher No. 529271051DD

COMMUNITY OPTIONS FOR RESIDENTIAL

DATE: 01/10/2024

Dept: 100

**Net Pay:**                                                                                           **3796.33**

Three Thousand Seven Hundred Ninety Six And 33/100 Dollars

HOHANSHELT, HEATHER JUNE
1927 HAMPTON WAY
WEST FARGO, ND  58078

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**HOHANSHELT, HEATHER JUNE**

| | | |
|---|---|---|
| Pay Date: | 02/09/2024 | Company: 0QI74 - COMMUNITY OPTIONS FOR RESIDENTIAL |
| Period Start: | 01/01/2024 | 4909 SHELBURNE ST |
| Period End: | 01/31/2024 | BISMARCK  ND  58503    (701) 223-2417 |

Emp #: 3926
Dept: 100 - DD RES HAB
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 3857.68 | 7911.52 | |
| Holiday | | 392.32 | 588.48 | |
| On-Call Bonus | | 75.00 | 75.00 | |
| **Gross** | | **4325.00** | **8575.00** | |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | 105.76 | 217.10 | |
| Medicare | | 60.95 | 122.58 | |
| Social Security | | 260.62 | 524.12 | |
| North Dakota W/H(S) | | 25.00 | 50.00 | |
| **Deductions** | | | | |
| AFLAC STD | | 117.00 | 117.00 | |
| BLUE VISION | | 25.50 | 25.50 | |
| DENTAL ELITE | | 96.00 | 96.00 | |
| Mileage Reimbursement (-) | | -67.73 | -75.53 | |
| OPTIONAL LIFE EE | | 51.09 | 51.09 | |
| **Net Pay** | | **3650.81** | **7447.14** | Voucher No. 536914682DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | 3650.81 | 7447.14 | A/C:5005 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| BLUE VISION ER MEMO * | 18.30 | 18.30 | *Memo Only | |
| DENTAL ELITE MEMO * | 97.50 | 97.50 | *Memo Only | |
| GROUP TERM LIFE MEMO * | 3.51 | 3.51 | *Memo Only | |
| Bereavement Hours ** | | 24.00 | 0.00 | 24.00 |
| Personal Leave Time Hours | 6.67 | 13.34 | 0.00 | 13.34 |
| Unpaid Time Off Hours | 0.00 | 0.00 | 24.00 | -24.00 |

**Accruals balances are accurate as of processing 02/7/2024 04:15 am

Voucher No. 536914682DD

COMMUNITY OPTIONS FOR RESIDENTIAL

DATE: 02/09/2024

Dept: 100

**Net Pay:** **3650.81**

Three Thousand Six Hundred Fifty And 81/100 Dollars

HOHANSHELT, HEATHER JUNE
1927 HAMPTON WAY
WEST FARGO, ND  58078

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

HOHANSHELT, HEATHER JUNE

| | | |
|---|---|---|
| Pay Date: 03/11/2024 | Company: 0QI74 - COMMUNITY OPTIONS FOR RESIDENTIAL | Emp #: 3926 |
| Period Start: 02/01/2024 | 4909 SHELBURNE ST | Dept: 100 - DD RES HAB |
| Period End: 02/29/2024 | BISMARCK ND 58503  (701) 223-2417 | Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 3073.05 | 10984.57 |
| Personal Leave Time | | 294.24 | 294.24 |
| Unpaid Time Off | | 0.00 | 0.00 |
| Holiday | | 196.16 | 784.64 |
| On-Call Bonus | | 75.00 | 150.00 |
| **Gross** | | **3638.45** | **12213.45** |
| **W/H Taxes** | | | |
| Federal W/H(S) | | 100.00 | 317.10 |
| Medicare | | 51.01 | 173.59 |
| Social Security | | 218.14 | 742.26 |
| North Dakota W/H(S) | | 25.00 | 75.00 |
| **Deductions** | | | |
| AFLAC STD | | 117.00 | 234.00 |
| BLUE VISION | | 25.50 | 51.00 |
| DENTAL ELITE | | 94.50 | 190.50 |
| Mileage Reimbursement (-) | | -85.90 | -161.43 |
| OPTIONAL LIFE EE | | 51.09 | 102.18 |
| **Net Pay** | | **3042.11** | **10489.25** Voucher No. 544668254DD |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Direct Deposit Net Check | | 3042.11 | 10489.25 A/C:5005 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| BLUE VISION ER MEMO * | 18.30 | 36.60 | *Memo Only | |
| DENTAL ELITE MEMO * | 99.00 | 196.50 | *Memo Only | |
| GROUP TERM LIFE MEMO * | 3.51 | 7.02 | *Memo Only | |
| Bereavement Hours ** | | 24.00 | 0.00 | 24.00 |
| Personal Leave Time Hours | 0.00 | 13.34 | 12.00 | 1.34 |
| Unpaid Time Off Hours | 0.00 | 0.00 | 52.00 | -52.00 |

**Accruals balances are accurate as of processing 03/7/2024 09:25 am

Voucher No. 544668254DD

COMMUNITY OPTIONS FOR RESIDENTIAL

DATE: 03/11/2024

Dept: 100

**Net Pay:** 3042.11

Three Thousand Forty Two And 11/100 Dollars

HOHANSHELT, HEATHER JUNE
1927 HAMPTON WAY
WEST FARGO, ND  58078

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

HOHANSHELT, HEATHER JUNE

| | | |
|---|---|---|
| Pay Date: | 04/10/2024 | Company: 0QI74 - COMMUNITY OPTIONS FOR RESIDENTIAL |
| Period Start: | 03/01/2024 | 4909 SHELBURNE ST |
| Period End: | 03/31/2024 | BISMARCK  ND  58503   (701) 223-2417 |

Emp #: 3926
Dept: 100 - DD RES HAB
Pay Basis: Salary

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2680.74 | 13665.31 |
| Personal Leave Time | | | 196.16 | 490.40 |
| Unpaid Time Off | | | 0.00 | 0.00 |
| Holiday | | | 196.16 | 980.80 |
| On-Call Bonus | | | 50.00 | 200.00 |
| **Gross** | | | **3123.06** | **15336.51** |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 100.00 | 417.10 |
| Medicare | | | 45.29 | 218.88 |
| Social Security | | | 193.63 | 935.89 |
| North Dakota W/H(S) | | | 25.00 | 100.00 |
| **Deductions** | | | | |
| AFLAC STD | | | 0.00 | 234.00 |
| BLUE VISION | | | 0.00 | 51.00 |
| DENTAL ELITE | | | 0.00 | 190.50 |
| Mileage Reimbursement (-) | | | 0.00 | -161.43 |
| OPTIONAL LIFE EE | | | 0.00 | 102.18 |
| **Net Pay** | | | **2759.14** | **13248.39** Voucher No. 551907505DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 2759.14 | 13248.39 A/C:5005 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Hours ** | | 24.00 | 0.00 | 24.00 |
| Personal Leave Time Hours | 6.67 | 26.68 | 20.00 | 6.68 |
| Unpaid Time Off Hours | 0.00 | 0.00 | 100.00 | -100.00 |
| BLUE VISION ER MEMO | 0.00 | 36.60 | *Memo Only | |
| DENTAL ELITE MEMO | 0.00 | 196.50 | *Memo Only | |
| GROUP TERM LIFE MEMO | 0.00 | 7.02 | *Memo Only | |

**Accruals balances are accurate as of processing 04/8/2024 10:16 am

Voucher No. 551907505DD

COMMUNITY OPTIONS FOR RESIDENTIAL

DATE: 04/10/2024

Dept: 100

**Net Pay:**            2759.14

Two Thousand Seven Hundred Fifty Nine And 14/100 Dollars

HOHANSHELT, HEATHER JUNE
1927 HAMPTON WAY
WEST FARGO, ND  58078

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***