Certificate Number: 16339-ND-DE-038423739

Bankruptcy Case Number: 24-30172



16339-ND-DE-038423739

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 28, 2024, at 10:44 o'clock PM EDT, Heather Hohanshelt completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of North Dakota.

Date:  April 28, 2024

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor